COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Richard Haynes v. Union Pacific Railroad Company, a Corporation

Appellate case number:   01-18-00181-CV

Trial court case number:  2006-40557

Trial court:             189th District Court of Harris County

Appellant/Cross-Appellee, Richard Haynes, and Appellee/Cross-Appellant, Union Pacific Railroad Company, have filed a joint motion to modify the briefing schedule in this appeal.

The motion is **GRANTED**. The briefing schedule will be as set out below:

| BRIEF | DUE DATE | WORD/PAGE LIMITS |
|---|---|---|
| Appellant's Brief of Richard Haynes | December 12, 2018 | 15,000 words if computer-generated, and 50 pages if not |
| Combined Appellee's Brief and Appellant's Brief of Union Pacific Railroad Company | 30 days after the Appellant's Brief of Richard Haynes is filed | 30,000 words if computer-generated, and 100 pages if not |
| Combined Reply Brief and Appellee's Brief of Richard Haynes | 30 days after the Combined Appellee's Brief and Appellant's Brief of Union Pacific Railroad Company is filed | 22,500 words if computer-generated, and 75 pages if not |
| Reply Brief of Union Pacific | 20 days after the Combined Reply Brief and Appellee's Brief of Richard Haynes is filed | 7,500 words if computer-generated, and 25 pages if not |

It is so ORDERED.

Judge's signature: ___/s/ Michael Massengale_____

                       ☒ Acting individually    ☐ Acting for the Court

Date: _December 4, 2018_____